AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of Connecticut _____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No:  3:03-CR-105(RNC) |
| HARVEY RAMSEY ) | USM No:  15111-014 |
| Date of Previous Judgment: October 3, 2003 ) | Thomas G. Dennis |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ■ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  108 months  months **is reduced to**  87 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  29            Amended Offense Level:  27
Criminal History Category:  III        Criminal History Category:  III
Previous Guideline Range:  108  to  135  months    Amended Guideline Range:  87  to  108  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  October 3, 2003  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  March 28, 2008                                    /s/
                                                          Judge's signature

Effective Date:  _____                 Robert N. Chatigny, U.S. District Judge
         (if different from order date)                   Printed name and title